UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE RODRIGUEZ,

                    Petitioner,

-against-

DAVID MILLER, Superintendent, Eastern
Correctional Facility,

                    Respondent.
----------------------------------------------------------------X

AMENDED JUDGMENT
00-CV-3832 (FB)

An Order of Honorable Frederic Block, United States District Judge, having been filed on May 01, 2006, granting Jose Rodriguez's *habeas corpus* petition in accordance with the Second Circuit's mandate; and ordering that Jose Rodriguez shall be released from custody unless retried within 90 days; it is

ORDERED and ADJUDGED that the Court grants Jose Rodriguez's *habeas corpus* petition in accordance with the Second Circuit's Mandate; and that Jose Rodriguez shall be released from custody unless retried within 90 days.

Dated: Brooklyn, New York
        May 05, 2006

ROBERT C. HEINEMANN
Clerk of Court